# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:14-CV-170RLV

| | |
|---|---|
| LANSTON TANYI, )<br>)<br>**Plaintiff**, )<br>)<br>v. )<br>)<br>APPALACHIAN STATE UNIVERSITY, )<br>UNIVERSITY OF NORTH CAROLINA, )<br>CINDY A. WALLACE, in her individual )<br>and official capacities, JUDITH HAAS, in )<br>her individual and official capacities, and )<br>LORI S. GONZALEZ, in her individual )<br>and official capacities, )<br>)<br>**Defendants**. )<br>) | **NOTICE OF SETTLEMENT** |

Defendants hereby notify the Court that the parties have reached a resolution and are in the process of obtaining signatures on a written settlement agreement. The resolution requires a payment to be made to Plaintiff within 30 days of the agreement's effective date and requires a stipulation of dismissal to be filed within two business days after receipt of the payment. Therefore, Defendants anticipate that this case will be dismissed no later than October 19, 2015.

Respectfully submitted this 14th day of September, 2015.

        ROY COOPER
        Attorney General

        /s/ Stephanie A. Brennan
        Special Deputy Attorney General
        N.C. Bar No. 35955
        Email: sbrennan@ncdoj.gov

        /s/ Laura H. McHenry
        Assistant Attorney General
        N.C. Bar No. 45005
        Email: lmchenry@ncdoj.gov
        N.C. Department of Justice
        P.O. Box 629
        Raleigh, NC 27602
        Telephone: (919) 716-6920
        Fax: (919) 716-6764

        *Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of September, 2015, the foregoing NOTICE OF SETTLEMENT was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to S. Luke Largess, llargess@tinfulton.com, Counsel for Plaintiff.

Respectfully submitted,

                                       ROY COOPER
                                       Attorney General

/s/ Stephanie A. Brennan
Special Deputy Attorney General
N.C. Bar No. 35955
Email: sbrennan@ncdoj.gov

/s/ Laura H. McHenry
Assistant Attorney General
N.C. Bar No. 45005
Email: lmchenry@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6920
Fax: (919) 716-6764

*Counsel for Defendants*